IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15140-C

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVARO LOPEZ TARDON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: MARCUS, MARTIN and JILL PRYOR, Circuit Judges.

BY THE COURT:

Appellant Alvaro Lopez Tardon's motion to summarily reverse the district court's ruling is DENIED. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969) (explaining that summary disposition is appropriate either where time is of the essence or where "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case, or where, as is more frequently the case, the appeal is frivolous"). Tardon may pursue his jurisdictional arguments, along with any other issues he wishes to raise, in his merits brief according to this Court's usual procedures.