NO. 14-15140-C
NO. 16-12218-C
NO. 20-13971-C
NO. 21-11311-C

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ALVARO LOPEZ TARDON, MIAMARK, LLC, MURANO 908, LLC,
COLLECTION MOTOR SPORTS OF MADRID, ARTEMIO LOPEZ
TARDON, KYTE SCHOOLL, and MARIA TARDON TORREGO,

*Defendant/Petitioners-Appellants.*

On Appeal from the United States District Court
for the Southern District of Florida

APPELLANTS' JOINT UNOPPOSED MOTION TO
EXPAND TIME ALLOTTED FOR ORAL ARGUMENT

JACQUELINE E. SHAPIRO, ESQ.
Law Office of Jacqueline E. Shapiro
Counsel for Petitioners-Appellants
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel.  (305) 403-8207

RICHARD C. KLUGH, ESQ.
Law Office of Richard C. Klugh
Counsel for Defendant-Appellant
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel.  (305) 536-1191

## APPELLANTS' JOINT UNOPPOSED MOTION TO
## EXPAND TIME ALLOTTED FOR ORAL ARGUMENT

Appellants Alvaro Lopez Tardon, Miamark LLC, Murano 908 LLC, Collection Motor Sports of Madrid, Artemio Lopez Tardon, Kyte Schooll, and Maria Tardon Torrego, through undersigned counsel, respectfully move to expand by 30 minutes the time allotted for oral argument in these appeals (scheduled for June 24, 2026) so as to allow Appellants to have a total of 30 minutes and to allow the government to have an equal amount of time for argument.  In support of the motion, Appellants state as follows:

1.      The instant consolidated appeals arise from ten years of litigation in the district court addressing a series of issues in the unique context involving allegations of foreign crimes proceeds used to acquire property in the United States and the application of forfeiture law to reach property found by the jury not to be involved in such offenses.  The parties filed oversized briefs in light of the very extensive record. The appeal by the criminal defendant raises issues arising from multiple suppression motions and hearings, multiple jury instruction challenges, rulings on mistrial and dismissal motions, and complex and lengthy sentencing and forfeiture hearings.  The trial court record includes more than 50 volumes of transcripts from a six-week trial, a seven-day sentencing hearing, and extensive pretrial evidentiary proceedings.  The criminal-defendant Appellant is incarcerated in a federal prison, serving the 150-year sentence imposed by the district court for the money laundering charges at issue. Ancillary forfeiture proceedings that followed the sentencing took seven years to complete, involved numerous hearings, and include very substantial district court

briefing, with the district court record containing approximately 1,000 docketed filings and voluminous documentary exhibits, recordings, and other physical evidence.

2.    Granting the relief sought by this motion, to expand the time for oral argument by a total of 30 additional minutes, will allow the parties to present the issues in a more complete and coherent manner, thus promoting the interests of justice and judicial economy.  The totality of the circumstances warrants granting this request.

3.    Counsel for the government, Department of Justice Attorney Andrew Noll, has authorized the undersigned to represent that the government does not oppose this motion.

WHEREFORE, Appellants Alvaro Lopez Tardon, Miamark, LLC, Murano 908, LLC, Collection Motor Sports of Madrid, Artemio Lopez Tardon, Kyte Schooll, and Maria Tardon Torrego respectfully request that the Court expand by 30 minutes the time allotted for oral argument in these consolidated appeals so as to allow Appellants a total of 30 minutes for argument and to allow the government to also have 30 minutes for argument.

Respectfully submitted,

 s/ Richard C. Klugh                              s/ Jacqueline E. Shapiro
RICHARD C. KLUGH, ESQ.            JACQUELINE E. SHAPIRO, ESQ.
Law Office of Richard C. Klugh         Law Office of Jacqueline E. Shapiro
Counsel for Defendant-Appellant       Counsel for Petitioners-Appellants
40 N.W. 3rd Street, PH 1                   40 N.W. 3rd Street, PH 1
Miami, Florida 33128                        Miami, Florida 33128
Tel.  (305) 536-1191                          Tel.  (305) 403-8207

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 435 words.  This document complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared using a WordPerfect proportionally spaced Times New Roman 14-point font.


 s/ Richard C. Klugh                           s/ Jacqueline E. Shapiro
Richard C. Klugh                               Jacqueline E. Shapiro